IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANER RUTH ROBERTS                                                                      PLAINTIFF

vs.                                                          CIVIL ACTION NO. 3:12-cv-397 HTW-LRA

CAROLYN W. COLVIN,
ACTING COMMISIONER OF
SOCIAL SECURITY                                                                        DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

SO ORDERED, this the 29th day of August, 2013.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE